UNITED STATES FIDELITY & GUARANTY CO., Appellant, v. SCHIFF et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by the United States Fidelity & Guaranty Company against Max Schiff and Gus Moos. No opinion. Judgment of the Municipal Court affirmed, with costs, on the authority of Welsbach Co. v. Norwich Gas & Electric Co., 180 N. Y. 533, 72 N. E. 1152.

UNITED STATES ELECTRIC LIGHT & POWER Co., Appellant, v. ROCHE, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by the United States Electric Light & Power Company against Patrick H. Roche. H. J. Hemmens, for appellant. C. F. Wells, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UVALDE ASPHALT PAVING CO., Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by the Uvalde Asphalt Paving Company against the city of New York, Joseph Sigretto, and James Mannino.

PER CURIAM. We find the fact to be that the individual defendants have always refused to assign to the plaintiff the contract mentioned in the fifth finding of fact, or to give orders for or assignments of the moneys due from the Comptroller under that contract. Judgment affirmed, with costs.

VALENTINE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Catharine L. Valentine against the city of New York. No opinion. Judgment affirmed, with costs.

VALENTINI, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Cecilia W. Valentini against the Metropolitan Life Insurance Company. C. N. Bovee, for appellant. L. H. Freedman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAN ALST, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Eliza Van Alst, as executrix, etc., against the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

VAN CLIEF, Respondent, v. METZ, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by William S. Van Clief against Herman A. Metz, as Comptroller of the city of New York, and another. No opinion. Order reversed and motion denied, without costs; the ordinances complained of having since been validated by chapter 636, p. 1642, of the Laws of 1906.

In re VAN CORTLANDT AVE. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of Van Cortlandt avenue. No opinion. Order affirmed, with costs. Affirmed on appeal, see 78 N. E. 952.

VAN DE CARR, Respondent, v. CROUCH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Sarah L. Van De Carr, as, etc., against Frank P. Crouch and others. No opinion. Judgment affirmed, with costs.

VAN NOSTRAND, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Charles A. Van Nostrand against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the evidence fails to show that the plaintiff was not guilty of contributory negligence. Reed v. Metropolitan St. Ry. Co., 180 N. Y. 315, 73 N. E. 41.

VAN SISE, Appellant, v. VAN SISE, Respondent. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Sarah M. Van Sise against C. Franklyn Van Sise, individually and as executor, etc., of Charles A. Van Sise, deceased. No opinion. Motion granted.

In re VAN WAGONER. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the application of Alvil Van Wagoner for admission to the bar. No opinion. Motion granted.

VILLAGE OF NORWICH, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) In the matter of the village of Norwich against Edward D. Baker. No opinion. Judgment unanimously affirmed, with costs.

In re VINING. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of Walter P. Vining for admission to the bar. No opinion. Application granted.

VOORHEES, Appellant, v. HUDSON RIVER TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Third Department. July 27, 1906.) Action by George W. Voorhees, as administrator, etc., against the Hudson River Telephone Company.

PER CURIAM. Judgment and order affirmed, with costs.

CHESTER, J., dissents.